# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Carpec<br>Linda L. Carpec<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-10550 TPA |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 1843

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-627-1322
    Fax: 215-627-7734
    Attorney for Movant/Applicant