**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10550-TPA |
| | : | |
| **Joseph Carpec and** | : | |
| **Linda L Carpec,** | : | Chapter 13 |
| *Debtor(s),* | : | |
| | : | |
| Vs. | : | |
| | : | |
| **First Select Inc,** | : | |
| *Movant(s),* | : | |

**NOTICE OF
CHANGE OF ADDRESS**


**Creditor Name:**       **First Select Inc**
**Incorrect Address:**   **1600 Ormsby Station Ct Louisville, KY 40223**

**Correct Address:**     **1415 Arville St. Ste 102 Las Vegas, NV 89102**



                                                       Respectfully Submitted,

Date: <u>December 20, 2016</u>              /s/ Daniel P. Foster, Esquire
                                                       Daniel P. Foster, Esquire
                                                       PA I.D. #92376
                                                       FOSTER LAW OFFICES
                                                       PO Box 966
                                                       Meadville, PA 16335
                                                       Tel: 814.724.1165
                                                       Fax: 814.724.1158
                                                       Dan@MrDebtBuster.com
                                                       Attorney for Debtors