# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10550-TPA |
| Joseph Carpec AND | : | Chapter 13 |
| Linda L Carpec, | : | |
|     Debtors | : | |
| | : | Related to Document No. 48 |
| Joseph Carpec AND | : | |
| Linda L Carpec, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial, LLC | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Anne M. Clement, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Interim Mortgage Modification Order** on the parties listed below.

Executed on: January 18, 2017

By: /s/ Anne M. Clement
ANNE M. CLEMENT
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
LMP@chapter13trusteewdpa.com