# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/28/17 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10550-TPA |
|     Joseph Carpec AND | : | Chapter 13 |
|     Linda L Carpec, | : | |
|         Debtors | : | |
| | : | Related to Document No. 54 |
|     Joseph Carpec AND | : | |
|     Linda L Carpec, | : | |
|         Movants | : | |
| v. | : | |
|     Ditech Financial, LLC | : | |
| AND | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

## ORDER

A *Loss Mitigation Order* dated January 17, 2017, was entered in the above matter at Document No. 48. On April 18, 2017, a *Motion to Extend the Loss Mitigation Period* was filed by Joseph Carpec and Linda L Carpec at Document No. 54.

AND NOW, this 28th day of April, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 30, 2017.

Thomas P. Agresti,    ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph Carpec
Linda L. Carpec
    Debtors

Case No. 16-10550-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: amaz        Page 1 of 1        Date Rcvd: Apr 28, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db/jdb       +Joseph Carpec,   Linda L. Carpec,   196 Fetsko Road,   West Middlesex, PA 16159-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
        Celine P. DerKrikorian   on behalf of Creditor   Ditech Financial LLC ecfmail@mwc-law.com
        Daniel P. Foster   on behalf of Debtor Joseph  Carpec dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster   on behalf of Joint Debtor Linda L. Carpec dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      TOTAL: 6