**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10550-TPA |
| Joseph Carpec AND | : | |
| Linda L Carpec, | : | Chapter 13 |
| Debtors | : | |
| | : | Document No. |
| Joseph Carpec AND | : | |
| Linda L Carpec, | : | |
| Movants | : | Hearing Date & Time: |
| v. | : | June 21, 2017 at 11:00AM |
| | : | |
| Ditech Financial, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13, Trustee, | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **May 19, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **June 21, 2017 at 11:00 A.M.** before the Honorable Judge Thomas P. Agresti at the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: May 2, 2017                                                                 Respectfully submitted,
                                                                                  */s/ Daniel P. Foster, Esquire*
                                                                                  Daniel P. Foster
                                                                                  PA I.D. # 92376
                                                                                  Foster Law Offices, LLC
                                                                                  PO Box 966
                                                                                  Meadville, PA 16335
                                                                                  Phone: 814.724.1165
                                                                                  Fax: 814.724.1158

**CERTIFICATE OF SERVICE**

I, Anne M. Clement, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **NOTICE OF HEARING WITH RESPONSE DEADLINE ALONG WITH MOTION TO AUTHORIZE LOAN MODIFICATION** by Certified Mail on the parties below.

| | |
|---|---|
| Executed on: **May 2, 2017** | *By: /s/ Anne M. Clement* |
| | Anne M. Clement, *Paralegal* |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Joseph & Linda Carpec
196 Fetsko Road
West Middlesex, PA 16159

Ditech Financial, LLC
PO Box 6172
Rapid City, SD 57709