FILED
5/3/17 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JOSEPH CARPEC : | Case No. 16-10550TPA |
| LINDA L. CARPEC : | |
| *Debtors* : | |
| : | Rel to Doc No. 58 |
| JOSEPH CARPEC : | |
| LINDA L. CARPEC : | |
| *Movants* : | |
| : | Hearing: May 18, 2017 at 3:00 p.m. |
| v. : | |
| : | |
| DITECH FINANCIAL : | |
| *Respondent* : | |

### ORDER

AND NOW, this **3rd** day of **May, 2017**, it is hereby **ORDERED, ADJUDGED and DECREED** that the **Motion for Loan Modification** filed by the Debtors at Document No. 58 previously scheduled for June 21, 2017 at 11:00 A.M. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA has been **RESCHEDULED** to **May 18, 2017 at 3:00 p.m.** Movant shall upload a copy of this order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before **May 17, 2017 by noon.**

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Debtors' Counsel
    Ditech Financial, LLC
    P.O. Box 6172
    Rapid City, SD 57709
    Ronda J. Winnecour, Esq., Ch 13 Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 16-10550-TPA
Joseph Carpec                                                       Chapter 13
Linda L. Carpec
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz              Page 1 of 1         Date Rcvd: May 03, 2017
                              Form ID: pdf900         Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db/jdb         +Joseph Carpec,    Linda L. Carpec,   196 Fetsko Road,    West Middlesex, PA 16159-2408
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14241946       +E-mail/Text: bankruptcy.bnc@ditech.com May 04 2017 00:53:15      Ditech Financial LLC,
                 Po Box 6172,   Rapid City, SD 57709-6172
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Joseph  Carpec dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Linda L. Carpec dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```