## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10550-TPA |
| Joseph Carpec AND | : | Chapter 13 |
| Linda L Carpec, | : | |
|      Debtors | : | |
| | : | Document No.  64 |
| Joseph Carpec AND | : | |
| Linda L Carpec, | : | Hearing Date & Time: |
|      Movants | : | May 18, 2017 at 3:00PM |
| | : | |
|       v. | : | |
| | : | |
| Ditech Financial, LLC | : | |
| | : | |
|      AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|      Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO AUTHORIZE LOAN MODIFICATION**, filed on May 2, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 17, 2017 at NOON.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  May 17, 2017

Respectfully submitted,

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

## <u>CERTIFICATE OF SERVICE</u>

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding Motion to Authorize Loan Modification**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **May 17, 2017**

      *By: /s/ Anne M. Clement*
      ANNE M. CLEMENT,
      PARALEGAL
      FOSTER LAW OFFICES, LLC
      PO Box 966
      Meadville, PA 16335
      Tel 814.724.1165
      Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Joseph & Linda Carpec
196 Fetsko Road
West Middlesex, PA 16159

Ditech Financial, LLC
PO Box 6172
Rapid City, SD 57709