FILED
5/17/17 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10550-TPA |
| Joseph Carpec AND | : | Chapter 13 |
| Linda L Carpec, | : | |
| Debtors | : | |
| | : | Related to Document No. 58 |
| Joseph Carpec AND | : | |
| Linda L Carpec, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial, LLC | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## ORDER

*AND NOW*, this __17th__ day of _____May_____, *2017*, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Joseph Carpec and Linda L Carpec and Ditech Financial, LLC** is approved;

(2) The terms of the loan shall be as follows:
   a. **New Due Date:** May 1st 2017 and 1st of each month;
   b. **New Monthly Payment:** $920.62; P&I $602.01 + Escrow $318.61;
   c. **Interest Rate:** 8.25%;
   d. **Loan Term:** 480 months = 40 years;
   e. **Maturity Date:** April 1, 2057;
   f. **Principal Balance:** $84,298.08;
   g. **Deferred payment:** $0.00;
   h. **Pre-Petition Arrears:** $0.00;

(3) *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                                 Case No. 16-10550-TPA
Joseph Carpec                                                          Chapter 13
Linda L. Carpec
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz               Page 1 of 1           Date Rcvd: May 17, 2017
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db/jdb         +Joseph Carpec,    Linda L. Carpec,    196 Fetsko Road,    West Middlesex, PA 16159-2408
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Joseph  Carpec dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Linda L. Carpec dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6