# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10550-TPA |
| | : | |
| Joseph Carpec and | : | CHAPTER 13 |
| Linda L Carpec, | : | |
| Debtors, | : | |
| _____ ____ | : | DOCKET NO.: |
| Joseph Carpec and | : | |
| Linda L Carpec, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>June 13, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst     </u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Berkheimer Tax Administrator
PO Box 955
50 North 7th Street
Bangor, PA 18013-1731

Capital One / Justice
Capital One Retail Services
Po Box 30285
Salt Lake City, UT 84130-0285

Joseph Carpec
196 Fetsko Road
West Middlesex, PA 16159-2408

Citibank North America
Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank / Victoria Secret
Po Box 18215
Columbus, OH 43218

Ditech Financial LLC
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

Ditech LLC
Po Box 6172
Rapid City, SD 57709-6172

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Fnb Consumer Discount Company
908 Park Avenue
Meadville, PA 16335-3331

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

CW Nexus Credit Card Holdings l, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Linda L. Carpec
196 Fetsko Road
West Middlesex, PA 16159-2408

Cnac - In101
12802 Hamilton Crossing
Carmel, IN 46032-5424

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Ditech Financial LLC
Po Box 6172
Rapid City, SD 57709-6172

Everhome Mortgage Co / Ever Bank
Attn: Bankruptcy Department
301 West Bay Street
Jacksonville, FL 32202-5184

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Comenity Bank / Maurices
Po Box 182125
Columbus, OH 43218-2125

Celine P. DerKrikorian
McCabe, Weisberg & Conway PC
123 South Broad Street
Suite 1400
Philadelphia, PA 19109-1060

Ditech Financial LLC fka Green Tree Servicin
P.O. Box 6154
Rapid City, South Dakota 57709-6154

First National Credit Card / Legacy
PO Box 5097
Sioux Falls, SD 57117-5097

First Select Inc
1415 Arville St. Ste 102
Las Vegas, NV 89102-0536

(p)FIRST SAVINGS BANK
PO BOX 5096
SIOUX FALLS SD 57117-5096

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

KML Law Group PC
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1538

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Mercer County Tax Claim Bureau
104 Mercer County Courthouse
Mercer, PA 16137-1224

ONEMAIN FINANCIAL
PO BOX 70912
CHARLOTTE, NC 28272-0912

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Syncb Bank / American Eagle
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank / Sams
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Kohls / Capital One
Po Box 3120
Milwaukee, WI 53201-3120

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

| | |
|---|---|
| Mercer County Tax Claim Bureau<br>3 Mercer County Courthouse<br>Mercer, PA 16137-1223 | Merrick Bank / Geico Card<br>Po Box 23356<br>Pittsburg, PA 15222-6356 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain Financial<br>6801 Colwell Boulevard<br>Ntsb-2320<br>Irving, TX 75039-3198 |
| Pennstar Federal Credit Union<br>4139 East State Street<br>Hermitage, PA 16148-3402 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank / Old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank / Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Verizon<br>500 Technology Drive<br>Suite 500<br>Weldon Spring, MO 63304-2225 |
| Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Webbank / Gettington<br>215 South State Street<br>Suite 1000<br>Salt Lake City, UT 84111-2336 |
| Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702