FILED
6/21/17 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Joseph and Linda L. Carpec
Case Number: 16-10550                                   Chapter: 13
Date / Time / Room: June 20, 2017 at 10:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*    #70 - Amended Plan dated 6/1/17 (NFC)

### *Appearances:*

Debtor: Foster
Trustee: Winnecour / ~~Bedford~~ / Katz / Pail

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9-19-17 at 10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____ .
A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Other: