Case 16-10550-TPA    Doc 74    Filed 09/25/17    Entered 09/25/17 14:24:02    Desc Main
Document    Page 1 of 1

FILED
9/25/17 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Joseph and Linda L. Carpec
Case Number: 16-10550          Chapter: 13
Date / Time / Room: September 19, 2017 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #70 - Cont. Amended Plan dated 6/1/17 (NFC)

### Appearances:

Debtor: Foster
Trustee: (Winnecour) Bedford / Katz / Pail
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice  *at request of debtor*
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other: