**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10550-TPA |
| | : | |
| Joseph Carpec and | : | CHAPTER 13 |
| Linda L Carpec, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Linda L Carpec, | : | |
|     Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| Joy Cone Company, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>September 26, 2017</u>        By: /s/ Clarissa Bayhurst
                                                    CLARISSA BAYHURST, PARALEGAL
                                                    FOSTER LAW OFFICES
                                                    Po Box 966
                                                    Meadville, PA 16335
                                                    Tel 814.724.1165
                                                    Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**JOY CONE COMPANY**
**3435 LAMOR ROAD**
**HERMITAGE PA 16148**