**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOSEPH CARPEC
LINDA L CARPEC
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:16-10550 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/07/2016  and confirmed on 12/05/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,364.97 |
| Less Refunds to Debtor | 1,564.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,800.35 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,580.00 | |
|    Trustee Fee | 1,050.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,630.07 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 1843 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 2407 | 94,582.63 | 6,503.67 | 4,581.35 | 11,085.02 |
|   MERCER COUNTY TAX CLAIM BUREAU<br>    Acct: 2790 | 1,023.28 | 56.18 | 102.77 | 158.95 |
|   MERCER COUNTY TAX CLAIM BUREAU<br>    Acct: 6350 | 504.97 | 27.73 | 40.91 | 68.64 |
|   MERCER COUNTY TAX CLAIM BUREAU<br>    Acct: 6840 | 812.64 | 44.62 | 81.62 | 126.24 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 1843 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 1843 | 2,792.58 | 2,792.58 | 0.00 | 2,792.58 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE<br>    Acct: 1843 | 0.00 | 5,545.32 | 0.00 | 5,545.32 |
|   PENNSTAR FCU<br>    Acct: 8504 | 4,410.00 | 1,200.33 | 193.20 | 1,393.53 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 21,170.28 |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSEPH CARPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,580.00 | 1,580.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSEPH CARPEC | 1,564.62 | 1,564.62 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | MIDLAND FUNDING LLC | 1,388.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 9093 | | | | |
| | BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1660 | | | | |
| | CAPITAL ONE BANK NA** | 602.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 7355 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8438 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3007 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 226.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 5895 | | | | |
| | LVNV FUNDING LLC | 572.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 8474 | | | | |
| | DITECH FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1127 | | | | |
| | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8240 | | | | |
| | PREMIER BANKCARD LLC | 340.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 7681 | | | | |
| | FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5024 | | | | |
| | FIRST SELECT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0226 | | | | |
| | FNB CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5001 | | | | |
| | FSB BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7818 | | | | |
| | CAPITAL ONE NA** | 523.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 3779 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1750 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARINER FINANCE LLC | 3,009.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 3050 | | | | |
| | CW NEXUS CREDIT CARD HOLDINGS I LLC | 226.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 2415 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 9,785.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 3148 | | | | |
| | PENNSTAR FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8503 | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 7997 | | | | |
|     MIDLAND FUNDING LLC | 467.99 | 0.00 | 0.00 | 0.00 |
|         Acct: 6837 | | | | |
|     QUANTUM3 GROUP LLC AGNT - SADINO F( | 192.18 | 0.00 | 0.00 | 0.00 |
|         Acct: 4878 | | | | |
|     HILCORP ENERGY I LP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     AMERICAN INFOSOURCE LP AGENT FOR V | 218.82 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     PREMIER BANKCARD LLC | 604.77 | 0.00 | 0.00 | 0.00 |
|         Acct: 1914 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 9,367.53 | 0.00 | 0.00 | 0.00 |
|         Acct: 9519 | | | | |

***NONE***

| | | | |
|---|---:|---|---:|
| TOTAL PAID TO CREDITORS | | | 21,170.28 |
| TOTAL CLAIMED | | | |
|   PRIORITY | 0.00 | | |
|   SECURED | 104,126.10 | | |
|   UNSECURED | 27.525.30 | | |

Date: 11/16/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com